14cv4283 (DWF/FLN)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

Jill Eleanor Clark, for herself and for others similarly situated,

      Plaintiff,

v.

United States District Court for the District of Minnesota,

      Defendant.

Case No._____(\_\_\_/\_\_\_)

MOTION TO PERMIT FILING AND MEANINGFUL ACCESS TO THE BUILDING

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

    To the extent necessary, Plaintiff moves for ex parte temporary restraining order, to be reviewed and considered by the assigned D. Minn. Article III Judge and/or en banc D. Minn. Court, mandating that Clark be permitted to file this lawsuit without pre-paying any filing fee, and that Clark be permitted to matriculate into the Courthouse building including not being forced to endure threat of force, being overwhelmed by security guards of any ilk, and not being forced to place vital evidence in Federal cases into a machine of unknown properties and which disconnects Clark from evidence she is seeking to protect.

Dated:  October 2, 2014

^^^^^^^^^^^^^^^^^^^^^
Jill Eleanor Clark
Attorney Clark

SCANNED
OCT 1 5 2014
U.S. DISTRICT COURT MPLS