UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jill Eleanor Clark,  
*for herself and for others similarly situated*,

        Plaintiff,

v.

United States District Court for the
District of Minnesota,

        Defendant.

Civil No. 14-4283 (DWF/FLN)

ORDER

    The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

    **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

    **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 16, 2014        s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge